# M A N D A T E

**THE STATE OF TEXAS**

**TO THE COUNTY COURT AT LAW NO 2 OF WEBB COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on March 26, 2014, the cause upon appeal to revise or reverse your judgment between

Leticia R. Benavides, Appellant

V.

Shirley Hale Mathis, Individually, and as Temporary Guardian of the Person of the Estate of Carlos Y. Benavides, Jr., Jesus Guillen and Julio Garcia, Jr., Appellee

No. 04-13-00270-CV and Tr. Ct. No. 2011PB000081L2

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.**

**It is ORDERED that appellees Shirley Hale Mathis, Individually and as Temporary Guardian of the Person and Estate of Carlos Y. Benavides, Jr., an Incapacitated Person, Jesus Guillen, and Julio A. Garcia, Jr., recover their costs of appeal from appellant Leticia R. Benavides.** *See* **TEX. R. APP. P. 43.4.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Catherine Stone, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on December 29, 2014.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 3853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-13-00270-CV

**Leticia R. Benavides**

**v.**

**Shirley Hale Mathis, Individually, and as Temporary Guardian of the Person of the Estate of Carlos Y. Benavides, Jr., Jesus Guillen and Julio Garcia, Jr.**

(NO. 2011PB000081L2 IN COUNTY COURT AT LAW NO 2 OF WEBB COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $15.00 | E-PAID | CARLOS ZAFFIRINI |
| MOTION FEE | $10.00 | E-PAID | CARLOS ZAFFIRNI |
| MOTION FEE | $10.00 | E-PAID | BALDEMAR GARCIA, JR. |
| MOTION FEE | $10.00 | PAID | PERSON WHITWORTH BORCHERS & MORALES |
| MOTION FEE | $10.00 | E-PAID | CARLOS M. ZAFFIRINI |
| REPORTER'S RECORD | $0.00 | UNKNOWN | VICENTE MENDOZA |
| INDIGENCY FILING FEE | $25.00 | PAID | C. M. ZAFFIRINI |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | C. M. ZAFFIRINI |
| CLERK'S RECORD | $1,645.00 | UNKNOWN | |
| FILING | $100.00 | PAID | C. M. ZAFFIRINI |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this December 29, 2014.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 3853